*PETITION FOR A WRIT 0F HABEAS CORPUS UNDER 28 U.S.C 2241*

UNITED STATES  DISTRICT COURT
*for the*
District of Hartford Connecticut

Mr.  MCPHERSON

       Petitioner                Case No.

        v.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT
     Respondent

PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2241

DELROY HORACE MCPHERSON

Strafford County House of Correction      266 County farm Road Dover, NH 03820

A#087264608 Petitioner is currently being held on order by: Federal authorities ICE DETENTION Petitioner being detainee held on an immigration charge  Petitioner with violation of condition of release that were listed in order of supervision that were issued at the time of petitioner release from ICE custody on February 25, 2015. Namely, Petitioner Order of Supervision required that you not commit any crimes or be associated with criminal activity while on the Order of Supervision. notice of revocation of release order of supervision  has been revoked and Petitioner has been detained in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. On August 10, 2021 Hartford, ct police department (HPD) arrested you for the following offense: illegal possession of a pistol without a permit, illegal poss. Of a weapon in a MV, theft of a firearm, criminal in possession of a firearm, violation of large capacity firearm, illegal operation of MV without tint inspection and improper number of headlamps. On March 5 2022, HPD arrested you for the following offenses: interfering with officers, illegal possession of a pistol without a permit, illegal possession of a weapon in a motor vehicle and littering. These criminal charges are currently pending with a next hearing date of March 29, 2023.Hartford  ICE (ERO) error in it's decision and action a violation petitioner DUE

PROCESS to the UNITED STATES  CONSTITUTION see 6TH AMMENDMENTS RIGHT TO THE UNITED STATES CONSITITUTION AS WELL AS THE 5TH AND 14TH AMMENDMENTS TO THE UNITED STATES CONSITITUTION. Petitioner did not commit any crime  these are all counts and  allegations NEXT COURT  HEARING DATE MAY 10,2023.

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT  REFUSUSAL TO RELASE PETITINOER FROM IMMIGRATION  DETENTION. On March 29,2023 interviewing ICE officer D.O  Joshua Brower Hartford ICE ERO. Conducted an initial informal interview and detained Petitioner  pursuant to 8 C.F.R.-241.4 at Stafford county Department of corrections 266 County Farm Road Dover ,NH 03820 The decision  has been made based on a review of Petitioner official alien file determination that there are changed circumstances in the Petitioners case based on the board of immigration decision Notice date :2/21/2023.Petitioner did not receive a true copy of the board of immigration decision based on a change of address. Petitioner has filed a motion to reopen which has been received by the immigration court on April 4,2023 currently pending as well as a pending motion with board of immigration appeals received on April 7,2023 currently pending in the above reference case  the Petitioner Mr. McPherson should be immediately  released from ice custody furthermore detention violates the due process clause.   The due process clause of the fifth amendment forbids  the government from depriving any "person" or liberty "without due process of laws  u.s.  Consit. Amend v. freedom from imprisonment from government custody,dentition or other forms of physical restraint -lies at the heart of liberty" that the due process clause protects. Petitioner is not a risk of flight and doesn't pose a danger to the community. Petitioner prolonged civil detention  indefinitely violates Petitioners right to the due process clause.

## Conclusion

In conclusion petitioner's indefinite detention violates the detention statue and is unconstitutional. Petitioner has a final order of removal from May 28,2014. Petitioner is in the likelihood of winning his immigration case in the reasonably foreseeable future on the merit.

Petitioner's continued detention is unlawful, and petitioner is unlikely to be removed in the reasonably foreseeable future. Therefore, petitioner's detention violates the statue and the petitioner is entitled to immediate release. Petitioner's detention also violates the due process clause. The Due Process Clause of the Fifth Amendment forbids the government from depriving any "person" of liberty "without due process of law ." U.S. Const. Amend V. "Freedom from imprisonment- from government custody, detention, or other forms of physical restraint-lies at the heart of liberty" that the Due Process Clause protects.

## REQUEST FOR RELEASE

Order Petitioner's immediate release from ice custody. The Due Process applies to all persons in the United States," whether their presence here is lawful,unlawful, temporary,or permanent".

RESPECTFULLY SUBMITTED,

SIGNATURE

April 25,2023

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _April 25, 2023_ 

_____
*Signature of Petitioner*


_____
*Signature of Attorney or other authorized person, if any*

Exh 2

*Enforcement and Removal Operations*
*Boston Field Office*

U.S. Department of Homeland Security
1000 District Avenue
Burlington, MA 01803



**U.S. Immigration
and Customs
Enforcement**

A87 264 608

Delroy Horace McPherson
C/o Immigration and Customs Enforcement
Boston Field Office

## Notice of Revocation of Release

This letter is to inform you that your order of supervision has been revoked and you will be detained in the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your official alien file and a determination that there are changed circumstances in your case.

You are advised that ICE has determined that you have violated conditions of your release that were listed in the Order of Supervision you were issued at the time of your release from ICE custody on February 25, 2015. Namely, your Order of Supervision required that you not commit any crimes or be associated with criminal activity while on the Order of Supervision. On August 10, 2021, Hartford, CT Police Department (HPD) arrested you for the following offenses: illegal possession of a pistol without a permit, illegal poss. of a weapon in a MV, theft of a firearm, criminal in possession of a firearm, violation of large capacity firearm, illegal operation of MV without tint inspection and improper number of headlamps. On March 5, 2022, HPD arrested you for the following offenses: interfering with officers, illegal possession of a pistol without a permit, illegal possession of a weapon in a motor vehicle and littering. These criminal charges are currently pending with a next hearing date of March 29, 2023.

Furthermore, ICE has determined that there is a significant likelihood that you may be removed in the reasonably foreseeable future. Therefore, your Order of Supervision has been revoked. Your case is under current review by Jamaica for the issuance of a travel document.

Based on the above, and pursuant to 8 C.F.R. § 241.4 you are to remain in ICE custody at this time. You will promptly be afforded an informal interview at which you will be given an opportunity to respond to the reasons for the revocation. You may submit any evidence or information you wish to be reviewed in support of your release. If you are not released after the informal interview, you will receive notification of a new review, which will occur within approximately three months of the date of this notice if you remain detained.

You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to affect your removal. You are also advised that any willful failure or

Notification of Revocation of Release
Delroy Horace McPherson, A87 264 608

refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 U.S.C. Section 1253(a).

_____          3/29/23
Todd Lyons, Field Office Director                                          Date

Exh 2

ALIEN INFORMAL INTERVIEW

UPON REVOCATION OF ORDER OF SUPERVISION UNDER

8 C.F.R. § 241.4(I); 8 C.F.R. § 241.13(i)

STATEMENT OF __Delroy Mc Pherson__ [Detainee]

A File # __087 264 608__

Detention Location __Hartford ICE ERO__

INTERVIEWING ICE OFFICER: __DO Joshua Brower Hartford ICE ERO__
[Print Name, Title & Duty Station]

On __3/29/23__, I conducted an initial informal interview of the detainee listed above in order to afford the alien an opportunity to respond to the reasons for revocation of his or her order of supervision stated in the notification letter. At the interview, the alien made the following oral response regarding the reasons for revocation:

I Delroy Mc Pherson did not commit any crimes. The charges from August 10th, 2021 is only an accusation, the case is open and I am exercising my 6th Amendment right to trial.
I Delroy Mc Pherson, am unaware of any criminal activity as well as with anyone I associate with. The cases on March 5th 2022 is also a pending allegation. I am in the process of going to trial, I will use my right to examine all evidence. I am not a gang member, nor do I associate with criminals. I work full-time as a Flagger and walt construction in my spare time. I ask you to reconsider this revocation of release, so I can have a fair trial with my criminal court case.

The detainee [did] [did not] provide a written statement. The detainee [did] [did not] provide any documents. Any documents provided are attached.

Signature of Interviewing Officer

FOR INTERNAL USE ONLY